IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT R.A., et al., | Case No. 4:14-cv-00931 PJH (NC) |
| Plaintiffs, | **ORDER REGARDING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Magistrate Judge Cousins is available for a further settlement conference in this case. By December 10, 2014, the parties must jointly report by email to ncpo@cand.uscourts.gov whether they would like to schedule a further conference to take place by February 12, 2015. If the parties request a conference, they should propose their preferred dates.

**IT IS SO ORDERED.**

Dated: November 26, 2014

NATHANAEL COUSINS
United States Magistrate Judge